IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

RICHARD HARRISON,

    Plaintiff,

v.

INTERNATIONAL BUSINESS
MACHINES, et al.,

    Defendants.

CIVIL ACTION NO.
1:06-CV-2549-JEC

### ORDER

The above entitled action is presently before the Court on the Magistrate Judge's Final Report and Recommendation [131] recommending granting defendant IBM's Motion Summary Judgment [99]. Defendant filed Objections [133,135] to the Report and Recommendation [131] on November 17, 2008.

IT IS HEREBY ORDERED that the Court **ADOPTS** the Magistrate Judge's thorough and well-reasoned Final Report and Recommendation [131] **GRANTING** defendant IBM's Motion for Summary Judgment [99] on all of plaintiff Harrison's claims. Plaintiff's Emergency Motion Objecting to defendant's Response to plaintiff's Amended Objection to the Final Report and Recommendation [138] is **DENIED**.

The **Clerk** is directed to terminate this civil action.

SO ORDERED, this 9 day of March, 2009.

_____
JULIE E. CARNES
CHIEF U.S. DISTRICT JUDGE